UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Georgette A. Bilodeau,

    Plaintiff,

v.

Costa Del Sol Resort Condominium Association, Inc.,

    Defendant.

---

## OVERTIME PAY COMPLAINT
## WITH DEMAND FOR JURY TRIAL

Plaintiff, Georgette A. Bilodeau, through undersigned counsel, avers:

### INTRODUCTION

1. Plaintiff, Georgette A. Bilodeau, alleges that Defendant has failed to pay her all overtime pay she is owed, in violation of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201 *et seq*.

### JURISDICTION AND VENUE

2. Defendant Costa Del Sol Resort Condominium Association, Inc. (hereinafter "Costa Del Sol") has transacted business in the Southern District of Florida, specifically in Broward County, Florida.

3. Most of the acts complained of herein have occurred at Defendant's offices in this District, specifically at 4220 El Mar Dr., Lauderdale-By-The-Sea, FL 33308.

4. Therefore, this is a proper venue under 28 U.S.C. § 1391(b).

5. This Court has federal question jurisdiction under 28 U.S.C. § 1331 because this action arises under the laws of the United States of America, specifically the FLSA.

### PARTIES

6. Plaintiff, **Georgette A. Bilodeau**, is a person of the full age of majority and a resident of Broward County, Florida.

7. According to Sunbiz.org, the Florida Division of Corporations, the Defendant, **Costa Del Sol** is an active Florida Not For Profit Corporation located at 4220 El Mar Dr.,

1

Lauderdale-By-The-Sea, FL 33308. That is also its principal address and mailing address listed with Sunbiz.org.

8. Also according to Sunbiz.org, its directors include: Vito Soranno (Treasurer), JB Ali (Vice President), Charles De Jean (Secretary), and Doug Rousell (Director).

9. At all material times herein, Costa Del Sol has operated the business in which Plaintiff worked.

10. At all material times herein, Costa Del Sol has been an enterprise engaged in commerce pursuant to the FLSA. It has directed the terms, conditions, activities, duties, and responsibilities of Plaintiff's employment, and hence has been her employer under the FLSA.

11. At all material times herein, Costa Del Sol has had annual gross receipts exceeding $500,000 and has employed one or more employees engaged in commerce.

## FACTS

12. Costa Del Sol is an oceanfront resort located at 4220 El Mar Drive, Lauderdale-By-The-Sea, Florida 33308.

13. At all relevant times herein, Costa Del Sol has had at least 15 employees.

14. Costa Del Sol has both rental units and timeshare units, with unit weeks available for purchase.

15. Costa Del Sol operated and managed the resort.

16. Costa Del Sol employed Plaintiff as a bookkeeper from approximately December 2014 through April 2019, directing the terms and conditions of her employment.

17. In 2015, 2016, 2017, 2018, and 2019, she was paid $19.00 per hour, $20.00 per hour, $21.00 per hour, $22.60 per hour, and $22.86 per hour, respectively.

18. As a result of Plaintiff's job duties and responsibilities as a bookkeeper, she was a non-exempt employee from overtime pay compensation requirements under the FLSA. She did not supervise other employees, did not hire or fire employees, did not have that authority, and was required to account for her work time. These are hallmarks of a non-exempt employee.

19. Plaintiff frequently worked in excess of 40 hours per workweek, but was not paid "time and a half" for all hours over 40.

20. She worked an average of 4.5 overtime hours per week without receiving time and a half.

## COUNT 1 OF 1:
## OVERTIME PAY UNDER THE FAIR LABOR STANDARDS ACT

21. Plaintiff re-alleges and re-avers the allegations of paragraphs 1-20 as if fully set forth herein.

22. Pursuant to the FLSA, 29 U.S.C. § 201 *et seq.*, Defendant was required to pay Plaintiff overtime compensation for all hours over 40 in a workweek.

23. Plaintiff regularly worked over 40 hours during workweeks, without being paid all overtime pay to which she was entitled.

24. Defendant's violations of the FLSA were reckless or intentional.

25. Plaintiff is entitled to all damages in the premises from Defendant, and requests that judgment be entered in her favor and against Defendant for all overtime pay, liquidated damages, pre-judgment and post-judgment interest, costs, expenses, and attorneys' fees.

## JURY REQUEST

26. Plaintiff demands demand a jury trial for all issues so triable.

\* \* \*

27. WHEREFORE, Plaintiff, Georgette A. Bilodeau, prays that judgment be rendered in her favor for all damages in the premises, including overtime pay, liquidated damages, pre-judgment interest, post-judgment interest, attorneys' fees, costs, and expenses, against Defendant, Costa Del Sol Resort Condominium Association, Inc.

Respectfully submitted:

s/ Steven F. Grover

_____
Steven F. Grover (FL Bar No. 131296)
Steven F. Grover, PA
507 S.E. 11th Ct.
Fort Lauderdale, FL 33316
Tel.: 954-290-8826
E-mail: stevenfgrover@gmail.com
*Plaintiff's Counsel*

Bilodeau.Complaint.031320